1  CLARKE B. HOLLAND (SBN 76805); cholland@plawp.com
   LISA L. KIRK (SBN 130272); lkirk@plawp.com
2  LHB PACIFIC LAW PARTNERS, LLP
   5858 Horton Street, Suite 370
3  Emeryville, CA  94608
   Tel:  (510) 841-7777
4  Fax;  (510) 841-7776

5  GORDON M. PARK (SBN072190)
   gordon.park@mccormickbarstow.com
6  MCCORMICK BARSTOW LLP
   8337 West Sunset Rd., Ste. 350
7  Las Vegas, NV 89113
   Tel: (702) 949-1100
8  Fax: (702) 949-1101

9  Attorneys for Defendant
   OREGON MUTUAL INSURANCE COMPANY

10

11

12            UNITED STATES DISTRICT COURT

13     NORTHERN DISTRICT OF CALIFORNIA  -  SAN JOSE DIVISION

14  ARVIND and ALKA AGARWAL,            )  Case No.: CV11-02524JF
                                        )
15               Plaintiffs,            )
                                        )  **REQUEST AND STIPULATION RE**
16         v.                           )  **EXTENSION OF ADR DEADLINE (ADR**
                                        )  **L.R. 3-5), AND ORDER EXTENDING**
17  OREGON MUTUAL INSURANCE             )  **DEADLINE**
    COMPANY, and DOES 1 through 30,     )
18  inclusive,                          )  Case Management Conference:
                                        )  Date:      August 12, 2011
19               Defendant.             )  Time:      10:30 a.m.
                                        )  Courtroom: 3
20                                      )  Judge:     Hon. Jeremy Fogel
                                        )
21  _____)

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

                              1

LHB Pacific Law Partners, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

1    This matter has been assigned to the ADR Multi-Option Program pursuant to the ADR

2    Local Rules of this court.  The parties have conferred and believe that it is in the best interests of

3    the parties and the court to extend the deadline for selecting an ADR Option until after the Case

4    Management Conference in this case, which is presently set for August 12, 2011.  The reasons

5    for the request for extension are as follows:

6    Defendant Oregon Mutual has filed a Motion to Transfer for Convenience (28 USC §

7    1404(a)), which is presently set for hearing on August 12, 2011.  The Motion seeks to transfer

8    this suit to the District of Nevada.  If the Motion to Transfer is granted, this Court's Local Rules

9    regarding ADR will no longer be applicable to the matter.  The parties therefore believe it

10   prudent to await a ruling on the pending Motion before proceeding with local court-sponsored

11   dispute resolution procedures.

12   In addition, Plaintiffs Arvind and Alka Agarwal have filed a Voluntary Petition for

13   Chapter 13 Bankruptcy in U.S. Bankruptcy Court, District of Nevada (Petition #11017763-lbr).

14   The bankruptcy court has not yet approved retention of plaintiffs' counsel in connection with

15   this litigation.  A motion for the same is to be filed on Monday, August 1, 2011 by plaintiffs'

16   bankruptcy counsel.  The parties do not believe the ADR options are beneficial or advisable

17   under these circumstances.

18   Therefore the parties, by and through their counsel, hereby stipulate and request, if

19   agreeable with the Court, that the deadline for selecting an ADR Option be extended to August

20   19, 2011, or other date as selected by the court.

21   DATED: July 18 2011          LAW OFFICES OF WILLIAM C. DRESSER

22

23                                William C. Dresser
                                  Attorney for Plaintiffs ARVIND and ALKA AGARWAL
24

25   DATED: July 21, 2011         LHB PACIFIC LAW PARTNERS, LLP

26

27                                Lisa L. Kirk
28                                Attorneys for Defendant OREGON MUTUAL
                                  INSURANCE COMPANY

2

**ORDER**

Pursuant to this Request and Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the parties' deadline for filing a Stipulation Selecting ADR Process under Civil L.R. 16-8 and ADR L.R. 3-5 is extended to August 19, 2011.

DATED: 8/9/11 _____          BY: _____

HON. JEREMY FOGEL
JUDGE OF THE DISTRICT COURT

LHB Pacific Law Partners, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

Case No. CV11-02524JF                                    Request re Extension of ADR Deadline